UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  SAXBY'S COFFEE WORLDWIDE, LLC, | : | Chapter 11 |
| | : | |
| Debtor(s). | : | Bky. No.  09-15898 ELF |
| | : | |

# O R D E R

**AND NOW**, for the reasons set forth in the accompanying Memorandum, confirmation of the Debtor's Second Amended Chapter 11 Plan of Reorganization (Doc. # 226) is **DENIED**.

Date:  September 22, 2010

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE