UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  SAXBY'S COFFEE WORLDWIDE, LLC,      :       Chapter 11
                                            :
                    Debtor(s).              :       Bky. No.  09-15898 ELF
                                            :

ORDER

AND NOW, it is hereby **ORDERED** that the second sentence on page 9 of the

Memorandum dated September 22, 2010 (Doc. # 415) is **AMENDED** to read as follows:

> The "lunacy" the Debtor refers to is its belief that the claims lodged
> against the Debtor and the Releasees by SCI's creditors and minority
> shareholders are utterly without merit.

Date:   September 24, 2010            _____
                                      ERIC L. FRANK
                                      U.S. BANKRUPTCY JUDGE