IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re SAXBYS COFFEE WORLDWIDE, LLC

Case No. 09-15898 (ELF)
Reporting Period: December, 2010

MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month

Submit copy of report to official committee appointed in case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR - 1 | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR - 1 (CON"T) | | |
| Copies of Bank Statements | | | |
| Cash Disbursements Journals | | | |
| Statement of Operations | MOR -2 | | |
| Balance Sheet | MOR -3 | | |
| Status of Post petition Taxes | MOR -4 | | |
| Copies of IRS Form 6123 or Payment Receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post petition Debts | MOR - 4 | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR -5 | | |
| Debtor's Questions | MOR -5 | | |

I declare under penalty of perjury ( 28 U.S.C. Section 1746) that this report and the documents attached
are true and correct to the best of my knowledge and belief.

SAXBYS COFFEE WORLDWIDE, LLC

_____            1/21/2010
Authorized Individual                Date

Kevin Meakim                         Member
Printed Name of Authorized Individual   Title of Authorized Individual


* Authorized individual must be an officer, director or shareholder if debtor is a corporation: a partner if debtor
is a partnership; a manager of member if debtor is a limited liability company.

Saxbys Coffee Worldwide, LLC
Cash Receipts and Disbursements
December, 2010

|  |  | Bancorp 001-1-135385 | TOTAL |
|---|---|---:|---:|
| **Balance** | 11/30/2010 | (8,578.27) | (8,578.27) |
| Receipts |  |  |  |
| Revenue collected |  | 65,085.76 | 65,085.76 |
| COBRA Reimbursements |  | - | - |
| Due to/from related parties |  | 22,775.00 | 22,775.00 |
| Transfers |  |  | - |
| *Total receipts* |  | 87,860.76 | 87,860.76 |
| Disbursements |  |  | - |
| Net payroll |  | 19,086.30 | 19,086.30 |
| Payroll taxes |  | 5,788.89 | 5,788.89 |
| Administrative and Selling |  | 5,528.23 | 5,528.23 |
| Insurance |  | 1,683.16 | 1,683.16 |
| Bank charges |  | 403.60 | 403.60 |
| Other |  | - | - |
| Transfers |  | - | - |
| Trustee fees |  | - | - |
| Due to/from related parties |  | 47,450.00 | 47,450.00 |
| Professional fees |  | 10,112.50 | 10,112.50 |
| *Total disbursements* |  | 90,052.68 | 90,052.68 |
| *Net cash flow* |  | (2,191.92) | (2,191.92) |
|  |  |  | - |
| **Balance** | 12/31/2010 | (10,770.19) | (10,770.19) |

MOR-1 (CONT'D)                                                                Case No. 09-15898 (ELF)

Saxbys Coffee Worldwide, LLC
Bank Reconciliations - Cover Page
December, 2010

|  |  |  | Bancorp 001-1-135385 |
|---|---|---|---|

*Bank Balance*                                                                    (689.65)

*Deposits in Transit*
None

*Outstanding Checks*

| 12/17/2010 | 0000100246 | Payroll - Joseph Grasso | -1,187.78 |
| 12/01/2010 | 000100248 | Payroll - Richard Rollier | -769.23 |
| 12/30/2010 | 1511 | Line Systems Inc. | -433.99 |
| 12/30/2010 | 1514 | Beneficial Bank | -433.55 |
| 12/30/2010 | 1513 | Bandwidth.com | -267.83 |
| 12/30/2010 | 1512 | Alarm One Security | -105.00 |
| 12/31/2010 | 250 | Payroll - Nicholas Bayer | -2,346.86 |
| 12/31/2010 | 252 | Payroll - Joseph Grasso | -1,186.78 |
| 12/31/2010 | 255 | Payroll - Brian Whittaker | -1,153.85 |
| 12/31/2010 | 254 | Payroll - Richard Rollier | -769.23 |
| 12/31/2010 | 251 | Payroll - Spencer Curtis | -708.88 |
| 12/31/2010 | 253 | Payroll - Kelly Pendergrast | -135.00 |
| 12/31/2010 | ACH | Payroll Service Charges | -582.56 |
|  |  |  | (10,080.54) |

*Book Balance*                                                                   (10,770.19)

G/L Balance                                                                      (10,770.19)

Variance                                                                              -

Accrual Basis
Saxbys Coffee Worldwide LLC
Case No. 09-15898 (ELF)

## STATEMENT OF OPERATIONS

For the period December 1, 2010 through December 31, 2010

| | Dec | YTD |
|---|---:|---:|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| 4005 · ROYALTY REVENUE | 63,526.11 | 703,838.10 |
| 4010 · OTHER REVENUES | 429.91 | 41,899.88 |
| **Total Income** | 63,956.02 | 745,737.98 |
| | | |
| **Cost of Goods Sold** | | |
| 5010 · AREA DEVELOPER FEES | 3,180.93 | 61,677.67 |
| **Total COGS** | 3,180.93 | 61,677.67 |
| | | |
| **Gross Profit** | 60,775.09 | 684,060.31 |
| | | |
| **Expense** | | |
| 6010 · AVERTISIING AND MARKETING | 0.00 | 17,576.03 |
| 6110 · BANK AND CREDIT CARD FEES | 403.60 | 1,520.16 |
| 6150 · INSURANCE EXPENSE | 815.00 | 10,521.03 |
| 6300 · OFFICE EXPENSE | 10.59 | 7,269.10 |
| 6360 · BAD DEBT EXPENSE | 0.00 | 19,017.62 |
| 6400 · PROFESSIONAL FEES | 4,174.67 | 73,718.92 |
| 6500 · PERSONNEL EXPENSES | 15,681.78 | 236,976.69 |
| 6575 · EMPLOYER PAYROLL TAXES | 1,283.46 | 20,651.33 |
| 6580 · EMPLOYEE BENEFITS | 819.82 | 38,090.53 |
| 6615 · RENT - OFFICE | 6,504.54 | 138,079.08 |
| 6620 · RENT - OFFICE EQUIPMENT | 89.58 | 2,041.08 |
| 6630 REPAIRS AND MAINTENANCE | 0.00 | 1,926.07 |
| 6650 · TELECOMMUNICATIONS EXPENSE | 484.15 | 7,002.95 |
| 6720 · TRAVEL AND ENTERTAINMENT | 1,174.14 | 14,093.45 |
| 6720 · TAXES | 3,784.38 | 4,196.90 |
| 6900 · FRANCHISE DEVELOPMENT | 0.00 | 35,416.26 |
| **Total Expense** | 35,225.71 | 628,097.20 |
| | | |
| **Net Ordinary Income (Loss)** | 25,549.38 | 55,963.11 |
| | | |
| **Other Expense** | | |
| 7500 · REORGANIZATION COSTS | 6,561.70 | 229,717.88 |
| 7501 - ONE TIME CREDIT OF REORGANIATION COSTS | 0.00 | -19,739.32 |
| 8015 · DEPRECIATION EXPENSE | 383.42 | 4,601.04 |
| 8050 · DEBT SERVICE - INTEREST EXPENSE | 5,357.23 | 64,768.70 |
| **Total Other Expense** | 12,302.35 | 279,348.30 |
| | | |
| **Net Other Income/Expense** | -12,302.35 | -279,348.30 |
| | | |
| **Net Income (Loss)** | 13,247.03 | -223,385.19 |

Accrual Basis

Saxbys Coffee Worldwide LLC

## BALANCE SHEETS

| | Current Month Dec 30 10 | Petition Date Aug 5, 09 |
|---|---:|---:|
| **ASSETS** | | |
| **Current Assets** | | |
| **Checking/Savings** | | |
| Bancorp - Royalty Acct.-5385 | (9,057.15) | 2,737.06 |
| Beneficial Bank- Operational | - | 57.20 |
| BOA - SCWW Operating(3400) | - | (572.42) |
| **Total Checking/Savings** | (9,057.15) | 2,221.84 |
| | | |
| **Accounts Receivable** | | |
| Accounts Receivable | 24,772.76 | 53,616.13 |
| **Total Accounts Receivable** | 24,772.76 | 53,616.13 |
| | | |
| **Other Current Assets** | | |
| Goodwill | 541,411.00 | 541,411.00 |
| Prepaid Insurance | 7,062.55 | - |
| Prepaid Expense | - | 16,039.26 |
| Security Deposits | 23,517.89 | 23,517.89 |
| Trademarks | 49,203.00 | 49,203.00 |
| Go Card Inventory | 2,569.90 | - |
| **Total Other Current Assets** | 623,764.34 | 630,171.15 |
| | | |
| **Total Current Assets** | 639,479.95 | 686,009.12 |
| | | |
| **Fixed Assets** | | |
| Computer Equipment | 21,505.60 | 21,505.60 |
| Equipment | 7,300.00 | 3,000.00 |
| Accumulated Depreciation | (12,242.39) | (5,724.25) |
| **Total Fixed Assets** | 16,563.21 | 18,781.35 |
| | | |
| **TOTAL ASSETS** | 656,043.16 | 704,790.47 |
| | | |
| **LIABILITIES & EQUITY** | | |
| **Liabilities** | | |
| **POST PETITION** | | |
| Accounts Payable | 190,630.47 | - |
| Professional Fees | 271,506.44 | - |
| **Total Post Petition Liabilities** | 462,136.91 | - |
| | | |
| **PRE-PETITION** | | |
| Secured Debt | 100,000.00 | 100,000.00 |
| Other Taxes Payable | 191,997.17 | 191,997.17 |
| **Unsecured Debt** | | |
| Term note payable | 950,175.92 | 995,557.14 |
| Accounts Payable | 726,106.19 | 785,731.75 |
| Due to related parties | 8,936.25 | 38,238.88 |
| Other notes payable | 11,213.38 | 11,213.38 |
| Contingent Liabilities | 607,497.00 | 607,497.00 |
| **Total PrePetition Liabilities** | 2,595,925.91 | 2,730,235.32 |
| | | |
| **TOTAL LIABILITIES** | 3,058,062.82 | 2,730,235.32 |
| | | |
| **Equity** | | |
| Capital | (2,402,019.66) | (2,025,444.85) |
| **Total Equity** | (2,402,019.66) | (2,025,444.85) |
| | | |
| **TOTAL LIABILITIES & EQUITY** | 656,043.16 | 704,790.47 |

Saxbys Coffee Worldwide
December 31, 2010

## STATUS OF POST PETITION TAXES

All taxes that were withheld or incurred during the reporting period were paid timely.

The Debtor utilizes an outside payroll company to withhold and remit all payroll related taxes.

## SUMMARY OF UNPAID POST PETITION DEBTS

|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | 4,109.38 | 6,904.15 | 3,760.88 | 3,570.33 | 4,724.11 | 23,068.85 |
| Wages Payable |  |  |  |  |  | - |
| Taxes Payable |  |  |  |  |  | - |
| Rent/Leases Building - due to insiders | - | 6,504.54 | 11,861.22 | 11,861.22 | 137,334.64 | 167,561.62 |
| Rent/Leases Equipment |  |  |  |  |  | - |
| Secured Debt/Adequate Protection Payments |  |  |  |  |  | - |
| Professional Fees | 6,236.70 | 2,081.25 | 14,401.97 | 11,776.78 | 237,009.74 | 271,506.44 |
| Amounts Due to Insiders: accrued rent |  |  |  |  |  | - |
| Other: Interest |  |  |  |  |  | - |
| Other: Misc. |  |  |  |  |  | - |
|  |  |  |  |  |  |  |
| Total Post Petition Debts | 10,346.08 | 15,489.94 | 30,024.07 | 27,208.33 | 379,068.49 | 462,136.91 |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

Debtor will have sufficient funds to pay all of the above post-petition debts from operations and/or has attempted to obtain
DIP financing, per the Plan which is awaiting Confirmation.

Saxbys Coffee Worldwide, LLC
Debtor's Questionnaire
December 31, 2010

### DEBTOR'S QUESTIONNAIRE

| | YES | NO |
|---|---|---|
| 1  Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide explanation below. | | X |
| 2  Have any funds been disbursed from any other account than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3  Have all post petition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4  Are workers compensation, general liability and other necessary insurance coverage's in effect?  If no, provide explanation below. | X | |

Debtor is receiving and providing temporary loans to/from related parties to cover cash shortfall from operations.
Debtor is deferring, permanently upon Plan Confirmation, full rent payments to a related party to cover cash shortfall from operations.
Debtor will, as a matter of preparing for the annual audit, review non-cash items and contingency items for impairment and
 modification.  If it is determined by Management that these items need to be adjusted the adjustments will be made in the reporting
 period.  These one-items could significantly impact the overall financial statement presentation however they have no impact on the
 cash or ongoing operations of the Company.

## Saxbys Coffee Worldwide LLC
### A/R Aging Summary
As of December 31, 2010

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| A.R. Timing | 8,924.85 | 0.00 | 0.00 | 0.00 | 0.00 | 8,924.85 |
| Accounts Receivable 2007 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Franchisee Royalties Receivable | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Haverford coffee company | 0.00 | 0.00 | 0.00 | 0.00 | 99.99 | 99.99 |
| J & M PARTNERS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Lynch, Joe | 0.00 | 0.00 | 0.00 | 0.00 | 2,000.00 | 2,000.00 |
| Roberto, Michael J. | 0.00 | 0.00 | 0.00 | 0.00 | 1,500.00 | 1,500.00 |
| Saxbys Coffee Shop 1005 | 0.00 | 0.00 | 0.00 | 0.00 | -114.94 | -114.94 |
| Saxbys Coffee Shop 1010 | 0.00 | 0.00 | 0.00 | 0.00 | 2,608.28 | 2,608.28 |
| Saxbys Coffee Shop 1018 | 0.00 | 0.00 | 0.00 | 0.00 | 114.94 | 114.94 |
| Saxbys Coffee Shop 1019 | 0.00 | 0.00 | 0.00 | 0.00 | 10,509.20 | 10,509.20 |
| Saxbys Coffee Shop 1020 | 0.00 | 0.00 | 0.00 | 0.00 | 364.93 | 364.93 |
| Saxbys Coffee Shop 1022 | 0.00 | 0.00 | 429.53 | 273.83 | 1,019.21 | 1,722.57 |
| Saxbys Coffee Shop 1024 | 0.00 | 0.00 | 0.00 | 0.00 | 14,269.17 | 14,269.17 |
| Saxbys Coffee Shop 1031 | 0.00 | 0.00 | 0.00 | 0.00 | -81.89 | -81.89 |
| Saxbys Coffee Shop 1035 | 0.00 | 0.00 | 0.00 | 114.94 | 0.00 | 114.94 |
| Saxbys Coffee Shop 1038 | 0.00 | 0.00 | 0.00 | 0.00 | 7,999.58 | 7,999.58 |
| Saxbys Coffee Shop 1039 | 0.00 | 0.00 | 0.00 | 0.00 | 225.86 | 225.86 |
| Saxbys Coffee Shop 1041 | 0.00 | 0.00 | 0.00 | 0.00 | 969.13 | 969.13 |
| Saxbys Coffee Shop 1046 | 0.00 | 0.00 | 0.00 | 0.00 | 13,831.77 | 13,831.77 |
| Saxbys Coffee Shop 1047 | 0.00 | 0.00 | 0.00 | 0.00 | 5,918.51 | 5,918.51 |
| Saxbys Coffee Shop 1049 | 0.00 | 0.00 | 0.00 | 0.00 | 718.90 | 718.90 |
| Saxbys Coffee Shop 1050 | 0.00 | 0.00 | 0.00 | 0.00 | 114.94 | 114.94 |
| Saxbys Coffee Shop 1051 | 0.00 | 0.00 | 0.00 | 0.00 | 870.83 | 870.83 |
| Saxbys Coffee Shop 1052 | 0.00 | 0.00 | 0.00 | 0.00 | 836.42 | 836.42 |
| Saxbys Coffee Shop 1053 | 0.00 | 0.00 | 0.00 | 0.00 | 616.55 | 616.55 |
| Saxbys Coffee Shop 1054 | 0.00 | 0.00 | 0.00 | 0.00 | 1,119.02 | 1,119.02 |
| Saxbys Coffee Shop 1055 | 0.00 | 0.00 | 0.00 | 0.00 | 47.43 | 47.43 |
| Saxbys Coffee Shop 1057 | 0.00 | 0.00 | 0.00 | 0.00 | 4,703.86 | 4,703.86 |
| Saxbys Coffee Shop 1058 | 0.00 | 0.00 | 0.00 | 0.00 | 7,009.91 | 7,009.91 |
| Saxbys Coffee Shop 1060 | 0.00 | 0.00 | 0.00 | 0.00 | 214.93 | 214.93 |
| Saxbys Coffee Shop 1066 | 0.00 | 0.00 | 0.00 | 0.00 | 183.83 | 183.83 |
| Saxbys Coffee Shop 1068 | 0.00 | 0.00 | 0.00 | 0.00 | -72.10 | -72.10 |
| Saxbys Coffee Shop 1071 | 0.00 | 0.00 | 0.00 | 0.00 | 438.08 | 438.08 |
| Saxbys Coffee Shop 1072 | 0.00 | 0.00 | 0.00 | 0.00 | 468.53 | 468.53 |
| Saxbys Coffee Shop 1073 | 0.00 | 0.00 | 0.00 | 0.00 | 290.93 | 290.93 |
| Saxbys Coffee Shop 1074 | 0.00 | 0.00 | 0.00 | 0.00 | 289.99 | 289.99 |
| Saxbys Coffee Shop 1075 | 0.00 | 0.00 | 0.00 | 0.00 | 56.23 | 56.23 |
| Saxbys Coffee Shop 1082 | 0.00 | 0.00 | 0.00 | 0.00 | 3,693.83 | 3,693.83 |
| Saxbys Coffee Shop 1084 | 0.00 | 0.00 | 0.00 | 0.00 | -333.39 | -333.39 |
| zReserve | 0.00 | 0.00 | 0.00 | 0.00 | -67,472.85 | -67,472.85 |
| TOTAL | 8,924.85 | 0.00 | 429.53 | 388.77 | 15,029.61 | 24,772.76 |