**SAXBYS COFFEE WORLDWIDE, LLC**

**FIFTH AMENDED PLAN**
**dated April 15, 2011**

**EXHIBIT 1**

**SCHEDULE OF ADMINISTRATIVE AND**
**PRIORITY UNSECURED CLAIMS**

## SAXBYS COFEE WORLDWIDE ADMINISTRATIVE AND PRIORITY, UNSECURED CLAIMS ANALYSIS

| Administrative Unsecured Claims | POC No. | Proof of Claim | Objection Filed | Allowed Claim |
|---|---|---|---|---|
| Rob Gottschalk, CPA | | $ 29,893.00 | | |
| MarketPlace Philadelphia LP | 36 | $ 75,361.22 | | |
| MarketPlace Philadelphia LP | 35 | $ 7,389.67 | | |
| Paul J. Winterhalter, PC | | $ 254,993.76 | | |
| Smart Business Advisory & Consulting, LLC | | $ 15,024.00 | | |
| | | | | |
| Total of Administrative Unsecured | | $ 382,661.65 | | |

| Priority Unsecured Claims | POC No. | Proof of Claim | Objection Filed | Allowed Claim |
|---|---|---|---|---|
| City of Philadelphia, Law Dept | No. 44 | $ 1,878.41 | | |
| Internal Revenue Service | No. 1-6 | $ 153,250.98 | | |
| Pennsylvania Department of Revenue | No. 51-1 | $ 70,425.31 | | |
| | | | | |
| | | | | |
| Total of Priority Unsecured | | $ 225,554.70 | | |

**SAXBYS COFFEE WORLDWIDE, LLC**

**FIFTH AMENDED PLAN**
**dated April 15, 2011**


**EXHIBIT 2**

**SCHEDULE OF UNSECURED CLAIMS**

## SAXBYS COFEE WORLDWIDE, UNSECURED CLAIMS ANALYSIS

| Name of Creditor | Schedule Amount | POC No. | Proof of Claim | Objection Filed | Allowed Claim |
|---|---|---|---|---|---|
| 203 Wabash Investors c/o Messer & Stilp | $ 1.00 | | | | $ 1.00 |
| 730 East Elm Associates LLC | $ 11,861.22 | ~ | ~ | | ~ |
| AmeriHealth | $ 3,273.10 | | ~ | | $ 3,273.10 |
| Andrew Field c/o John D. Root, Esquire | ~ | 22 | $ 463,650.80 | $ 463,650.80 | $ - |
| Asthar Coffee, LLC | | 30 | $ | | $ - |
| Associated Imaging Solutions | $ 1,052.43 | ~ | ~ | | $ 1,052.43 |
| Bancorp Bank | | 29 | $ 993,379.66 | ~ | |
| Barbin & O'Connell | $ 137.50 | ~ | | | $ 137.50 |
| BHG Consulting, Inc. | $ 1,800.00 | | | | $ 1,800.00 |
| Brady Financial Group | $ 14,100.00 | | | | $ 14,100.00 |
| Buchanan, Ingersoll & Rooney, PC | $ 225.00 | | | | $ 225.00 |
| Business Franchise World | $ 225.00 | | | | $ 225.00 |
| Butensky Services Company, Inc. | $ 407.21 | | | | $ 407.21 |
| Centerra Retail Shops s/o Dimitri Karapelou, Esquire ++ | $ 1.00 | 40 | $ 188,318.28 | $ 188,318.28 | $ 75,000.00 |
| Centro Properties Group c/o Ballard Spahr | | 38 | $ 114,783.62 | ~ | $ 114,783.62 |
| CIT | $ 252.79 | ~ | ~ | | $ 252.79 |
| City Lighting Products Co. | $ 9,034.55 | 4 | $ 8,289.55 | | $ 8,289.55 |
| Coffee Shops International, LLC | $ 18,942.23 | ~ | ~ | | $ 18,942.23 |
| Corporate Creations | $ 323.52 | ~ | ~ | | $ 323.52 |
| David S. Chung | $ 100,000.00 | 18 | $ 100,000.00 | $ 100,000.00 | $ - |
| Davis Graham & Stubbs | $ 36,447.27 | 8 | $ 31,446.77 | | $ 31,446.77 |
| Dillanos Cffee Roasters | $ 498.00 | ~ | | | $ 498.00 |
| Doug Fabschutz | ~ | 19 | $ 463,650.80 | $ 463,650.80 | $ - |
| Doug Fabschutz et al. | $ 342,202.98 | 24 | $ 463,650.50 | $ 463,650.50 | $ - |
| Draper & Kramer | $ 1.00 | ~ | ~ | | $ 1.00 |
| Dubin | $ 10,600.00 | ~ | | | $ 10,600.00 |
| Federal Express | $ 77.83 | ~ | ~ | | $ 77.83 |
| Fire Station Plaza LLC c/o Michelle D. Briggs, Esquire | | 33 | $ 67,500.00 | | $ 67,500.00 |
| Fisher Zucker, LLC | $ 67,211.13 | 31 | $ 67,211.13 | | $ 67,211.13 |
| Gary Fabschutz c/o John D. Root, Esquire | | 23 | $ 463,650.80 | $ 463,650.80 | $ - |
| Goodwill Investments c/o Christine A. Giovanelli, Esq. | ~ | 15 | $ 50,000.00 | $ 50,000.00 | $ - |
| Grace Franchise | $ 6,954.00 | ~ | | | $ 6,954.00 |
| Greg Bayer | $ 1.00 | 25 | $ 6,459,923.00 | $ 6,459,923.00 | $ - |
| IBT Enterprises, LLC | $ 90,245.00 | 6 | $ 109,778.93 | | $ 109,778.93 |
| Internal Revenue Service | | 1 | $ 20,624.07 | | $ 20,624.07 |
| Irene Fabschutz c/o John D. Root, Esquire | | 21 | $ 463,650.80 | $ 463,650.80 | $ - |
| Jennifer Larson | $ 9,700.00 | ~ | | | $ 9,700.00 |
| John Enhoffer, Saxbys Holdings, LLC | $ 1.00 | | | | $ 1.00 |
| John Enhoffer/Anthony Minuto, Saxby's Holdings LLC | $ 78,000.00 | 13 | $ 78,000.00 | | $ 78,000.00 |
| John Larson | $ 1.00 | 34 | $ 735,747.78 | $ 735,747.78 | $ - |
| Jon Edward Fox 8 Associates PC | $ 3,300.00 | ~ | | | $ 3,300.00 |
| Kamros Holdings | ~ | 14 | $ 233,246.16 | $ 233,246.16 | $ - |

| Creditor | | | | | |
| --- | --- | --- | --- | --- | --- |
| Karma | $ 9,000.00 | 5 | $ 13,901.00 | | $ 13,901.00 |
| Keystone | $ 611.15 | | | | $ 611.15 |
| Keystone Real Estate | $ 56,104.00 | 7 | $ 90,864.26 | | $ 90,864.26 |
| Law Offices of William F. Kehoe | $ 4,251.00 | | | | $ 4,251.00 |
| MarketPlace Philadelphia, L.P. | $ 109,257.00 | 37 | $ 317,919.78 | | $ 317,919.78 |
| MarketPlace Philadelphia, L.P. | | 43 | $ 53,994.98 | | $ 53,994.98 |
| Marshall R. Katz | $ 1.00 | 27 | | $ 14,378,291.36 | |
| Memory Makers | $ 497.00 | | | | $ 497.00 |
| Michael J. Lerman | $ 752.99 | | | | $ 752.99 |
| Micros Systems, Inc. | $ 48,118.64 | 3 | $ 45,576.38 | | $ 45,576.38 |
| North Penn Water Authority | $ 261.64 | | | | $ 261.64 |
| Ogden Brothers | $ 334.92 | | | | $ 334.92 |
| Olona & Associates | $ 753.70 | | | | $ 753.70 |
| PECO Energy | $ 3,599.00 | | | | $ 3,599.00 |
| Pennsylvania Department of Revenue | | 11 | $ 5,638.97 | | $ 5,638.97 |
| Philly IT Solutions | $ 11,565.75 | | | | $ 11,565.75 |
| Philly Samples | $ 768.87 | | | | $ 768.87 |
| PHL Coffee LLC | $ 500.00 | | | | $ 500.00 |
| Pura Vida | $ 6,575.06 | | | | $ 6,575.06 |
| Reed Smith LLP | $ 114,024.00 | 16 | $ 116,046.24 | | $ 116,046.24 |
| Russell Law Group | $ 42,468.39 | | | | $ 42,468.39 |
| Salvo Landrau Gruen & Rodgers | $ 33,560.75 | | | | $ 33,560.75 |
| Saxby's Coffee Inc | $ 1.00 | | | | |
| Scottish Roaster | $ 1,862.50 | 32 | $ 202,938.41 | | $ 202,938.41 |
| Sentry Refrigeration, Inc. | $ 139.10 | 26 | $ 175,019.41 | | $ 175,019.41 |
| Shane T. Reinert | | | | | $ 139.10 |
| Simon Fabschutz et al, c/o John D. Root, Esquire | | 42 | $ 11,000.00 | | $ 11,000.00 |
| Sledgecraft, Inc. | | 20 | | $ 463,650.80 | $ - |
| Solano Mall LP, c/o Jordan Lavinsky | | 9 | $ 4,655.72 | | $ 4,655.72 |
| Staples Business Advantage | $ 815.27 | 41 | | $ 6,645.70 | $ 815.27 |
| Streamwood Associates | $ 20,020.00 | | | | $ - |
| Sunbelt Business Brokers | $ 10,000.00 | 12 | | $ 220,339.47 | $ 10,000.00 |
| Sweet Potato Café & Bakery, c/o Toni Lee Cavanagh | | 2 | $ 10,000.00 | | |
| Swiss Farm Stores | $ 26,528.44 | 45 | $ 9,276.87 | | $ 9,276.87 |
| The Exchange Ontario Center | $ 1.00 | 28 | $ 35,932.55 | | $ 35,932.55 |
| Tigermark LLC, Dba ExhibitLink | | 10 | | $ 832,629.25 | $ - |
| Town Anthem, c/o Karen H. Ross, Esq, Law Office of Karen Ross | $ 1.00 | 39 | | $ 9,685.10 | $ 1.00 |
| UPS | $ 796.48 | | | | $ 796.48 |
| Urban Fabrication | $ 144.25 | | | | $ 144.25 |
| Uwchian Township | $ 740.82 | | | | $ 740.82 |
| Verizon Online | $ 236.10 | | | | $ 236.10 |
| Wayne Moving & Storage | $ 4,000.00 | | | | $ 4,000.00 |
| WSC Warminster | $ 12,793.70 | | | | $ 12,793.70 |
| Zap Control | $ 132.50 | | | | $ 132.50 |
| EFK Group LLC ** | $ 17,582.90 | | | | $ 17,582.90 |
| JF & D Advisors ** | $ 86,000.00 | | | | $ 86,000.00 |

| | | | | |
|---|---|---|---|---|
| John Dunfee ** | $ | 100,000.00 | $ | 100,000.00 |
| Kalnin Graphics, Inc. ** | $ | 6,142.70 | $ | 142.70 |
| Lewis & Roca ** | $ | 7,724.66 | $ | 7,724.66 |
| Line Systems ** | $ | 9,213.75 | $ | 9,213.75 |
| Aroma Bean ** | $ | 30,000.00 | $ | 30,000.00 |
| B.K. Enterprises ** | $ | 163.45 | $ | 163.45 |
| WWMF Americas, Inc. | $ | 4,842.50 | $ | 4,842.50 |
| **Total** | $ | 1,589,763.74 | | |

$ 28,580,508.90 $ 25,996,730.60 $ 2,119,239.65
POC - Objected = $ 2,583,778.30

**Footnotes**
(**) New Claims
(++) Settlement Pending

**SAXBYS COFFEE WORLDWIDE, LLC**

**FIFTH AMENDED PLAN**
**dated April 15, 2011**


**EXHIBIT 3**

**SCHEDULE OF**
**ACCEPTED & REJECTED**
**REAL ESTATE LEASES**

**Leases - Accepted**

| Landlord | Landlord Address | City | St | Zip | A or R | Physical Address | City | State | ZIP |
|---|---|---|---|---|---|---|---|---|---|
| Eugene B. Parson | 1535 Saloman Lane | Wayne | PA | 19087 | Accept | 346 W. Lancaster Ave | Ardmore | PA | 19003 |
| Georgia State University | 270 Washington St | Atlanta | GA | 30334 | Accept | 100 Decatur St. SE | Atlanta | GA | 30303 |

**Leases - Rejected**

| Landlord | Landlord Address | City | St | Zip | A or R | Physical Address | City | State | ZIP |
|---|---|---|---|---|---|---|---|---|---|
| Woodcrest Management Company LLC | 3113 South University Drive Suite 600 | Fort Worth | TX | 76109 | Reject | SAME | | | |
| Streamwood Associates/Mt. Laurel LLC | 89 Haddon Avenue North Suite B | Haddonfield | NJ | 8033 | Reject | 3131 Route 38 | Mt. Laurel | NJ | 8054 |
| Solano Mall LP | 11601 Wilshire Boulevard 11th Floor | Los Angeles | CA | 90025 | Reject | 1350 Travis Blvd #1499A | Fairfield | CA | 94533 |
| Keystone Real Estate Group L.P. | 444 E. College Avenue Suite 560 | State College | PA | 16801 | Reject | SAME | | | |
| CH Realty III/Kimco Realty | 3333 New Hyde Park Rd, Suite 100 | New Hyde Park | NY | 11042 | Reject | SAME | | | |
| New Plan of Cinnaminson L.P. | 420 Lexington Avenue 7th Floor | New York | NY | 10170 | Reject | SAME | | | |
| 1419 Tower LP | 599 Broadway Suite 1000 | New York | NY | 10012 | Reject | SAME | | | |
| Fire Station Plaza LLC | 11411 Southern Highlands Parkway Suite 300 | Las Vegas | NV | 89141 | Reject | 11370 Southern Highlands | Henderson | NV | 89141 |
| Marketplace Redwood | 8500 Essington Avenue | Philadelphia | PA | 19153 | Reject | SAME | | | |
| LTX Associates L.P. | 55 County Club Drive Suite 200 | Exton | PA | 19335 | Reject | SAME | | | |
| Secure Real Estate | 92 Bethlehem Pike | Philadelphia | PA | 19118 | Reject | SAME | | | |
| 730 East Elm Associates | 730 East Elm Street | Conshohocken | PA | 19428 | Reject | SAME | | | |
| Kraft Real Estate Investments LLC | 230 Northfield Road | Colorado Springs | CO | 80919 | Reject | 1530 N. Main St | Windsor | CO | 80550 |
| SAF 180 N. Jefferson LLC | 1 California Suite 1400 | San Francisco | CA | 94111 | Reject | 605 W. Lake St | Chicago | IL | 60661 |
| Black Mountain Retail Partners LLC | 100 Corporate Park Drive | Henderson | NV | 89074 | Reject | SAME | | | |
| Historic Urban Equities Ltd. | 84 Peachtree Street NW Suite 901 | Atlanta | GA | 30303 | Reject | 84 Peachtree St #101 | Atlanta | GA | 30303 |
| Midlakes Management LLC | 166 West Washington St Suite 300 | Chicago | IL | 60602 | Reject | 203 N. Wabash | Chicago | IL | 60601 |
| Sun Valley | 200 East Long Lake Rd. P.O. Box 200 | Bloomfield Hills | MI | 48303 | Reject | 1 Sun Valley Mall | Concord | CA | 94520 |
| Centerra Marketplace Properties II LLC | 2725 Rocky Mountain Avenue Suite 200 | Loveland | CO | 80538 | Reject | 1569 Fall River Dr #129 | Loveland | CO | 80538 |
| Chody Real Estate Corp. | 1125 Remington Road | Schaumberg | IL | 60173 | Reject | 13957 S. Bell Rd | Homer Glen | IL | 60491 |
| Spartan Properties LLC | 6767 W. Tropicana Suite 202 | Las Vegas | NV | 89103 | Reject | SAME | | | |
| Plaza Towne Centre Ltd | 14900 Landmark Boulevard Ste 610 | Dallas | TX | 75254 | Reject | SAME | | | |
| Virgina Commons J.V. | 17440 Dallas Parkway Suite 109 | Dallas | TX | 75287 | Reject | SAME | | | |
| Hall Equities Group | 1555 Olympic Blvd. Ste. 250 | Walnut Creek | CA | 94596 | Reject | SAME | | | |
| Town Anthem LLC | 2500 Anthem Village Dr. Suite 200 | Henderson | NV | 89052 | Reject | 2500 Anthem Village | Henderson | NV | 89052 |
| NLT Properties LLC | P.O. Box 530475 | Henderson | NV | 89012 | Reject | SAME | | | |
| Kamros Holdings LLC | 10120 West Flamingo Rd Suite 4-12 | Las Vegas | NV | 89147 | Reject | 475 W. Craig Rd | N. Las Vegas | NV | 89032 |

| | | | | | |
|---|---|---|---|---|---|
| Wesco Rental Businesses LP | 20100 S. Western Avenue | Torrance | CA | 90501 | Reject | SAME |
| 1330 Connecticut Avenue LLC | 901 New York Avenue NW Suite 400 | Washington | DC | 20001 | Reject | SAME |
| The Exchange Ontario Center Inc. | P.O. Box 1958 | Corona | CA | 92878 | Reject | SAME |
| Cinema Place Hayward LLC | 411 Hartz Avenue Suite 200 | Danville | CA | 94526 | Reject | SAME |
| Victorian Independent Properties Inc. | 1648 N. North Park | Chicago | IL | 60614 | Reject | SAME |
| J.J. Sheridan Co. | 140 South Dearborn Street | Chicago | IL | 60603 | Reject | SAME |
| Manhattan Beach Triangle, LLC | 210 Aviation Blvd., Unit C | Manhattan Beach | CA | 90266 | Reject | SAME |

**SAXBYS COFFEE WORLDWIDE, LLC**

**FIFTH AMENDED PLAN**
**dated April 15, 2011**


**EXHIBIT 4**

**SCHEDULE OF**
**ACCEPTED & REJECTED**
**AREA DEVELOPER AGREEMENTS**

## Area Developer Agreements - Accepted

| Company Name | Address | City | State | Zip | A or R |
|---|---|---|---|---|---|
| Grace Franchise Development, Ltd. | P.O. Box 1875 | McKinney | TX | 75070 | Accept |
| Kurt Ritter | 95 Keevers Pt. | Springboro | OH | 45066 | Accept |

## Area Developer Agreements - Rejected

| Company Name | Address | City | State | Zip | A or R |
|---|---|---|---|---|---|
| Sigma Restaurant Associates, LP | 14 Spring Hollow Rd | Wayne | PA | 19087 | Reject |
| Saxbys Holdings, LLC | 14 Willow Hill Road | Upper Saddle River | NJ | 07458 | Reject |
| A.M.S. International, Inc. | 84 Peachtree St. NW Suite 801 | Atlanta | GA | 30303 | Reject |
| Cravenet Investment Group | 19 Sandlwood Dr. Apt. 8 | Newark | DE | 19713 | Reject |
| Saxbys Southeast, LLC | 4820 Old Kingston Pike Suite 100 | Knoxville | TN | 37919 | Reject |
| Galveston County Gourmet Coffee Co., LLC | 1513 23rd Avenue | North Texas City | TX | 77590 | Reject |
| Tavizon Enterprises, LLC | P.O. Box 11098 | Napa | CA | 94581 | Reject |
| Aromas Coffee Unlimited | P.O. Box #4 | Concord | CA | 94522 | Reject |
| Desert Hills Holding | 6355- Alton St. | Riverside | CA | 92509 | Reject |
| 2 Casaan, Inc. | 535 W. 130th St. | Los Angeles | CA | 90061 | Reject |
| Saxbys Northwest Colorado, Inc. | 381 Aspen Drive | Evergreen | CO | 80439 | Reject |
| Nirvan Brew Co., Inc. | 525 Williamsberg Way | King Of Prussia | PA | 19406 | Reject |
| Fazila, Inc. | 2 Yukon Ct | Melville | NY | 11747 | Reject |
| Jack Egle/Ryan Egle | 1327 S. Glebe Rd. | Arlington | VA | 22204 | Reject |

**SAXBYS COFFEE WORLDWIDE, LLC**

**FIFTH AMENDED PLAN**
**dated April 15, 2011**


**EXHIBIT 5**

**SCHEDULE OF**
**ACCEPTED & REJECTED**
**FRANCHISE AGREEMENTS**

## Franchise Agreements - Accepted

| Company Name | Address | City | State | ZIP | A or R |
|---|---|---|---|---|---|
| Kasel Coffee, Inc. | 3158 La Mesa Dr | Henderson | NV | 89014 | Accept |
| SC Coffee, LLC | 102 Brook Circle | Lansdale | PA | 19446 | Accept |
| K2 Coffee Limited | 95 Keevers Pt | Springboro | OH | 45066 | Accept |
| G & J Partnership | 8908 Preston Wood Dr | McKinney | TX | 75070 | Accept |
| Chindulatte, LLC | 18412 Jefferson Park Dr. Apt. 303 | Middleburg Heights | OH | 44130 | Accept |
| BBP | P.O Box 1875 | McKinney | TX | 75070 | Accept |
| 3500 O Street, LLC | 1327 S. Glebe Rd. | Arlington | VA | 22204 | Accept |
| G & D Coffee Co., Inc. | 1632 N. Main Street | Walnut Creek | CA | 94596 | Accept |
| T.M.A.S.A, LLC | 201 W. Cypress Dr. | Henderson | NV | 89015 | Accept |
| G.J.H Inc. | 1225 Danzante Drive SE | Rio Rancho | NM | 87124 | Accept |
| Haverford Coffee Company | 208 Old Lancaster Rd. | Devon | PA | 19333 | Accept |
| B&G Coffee, Inc. | 3325 Hollow Court | Ellicott City | MD | 21043 | Accept |
| Sigma Coffee, LLC | 14 Spring Hollow Rd | Wayne | PA | 19087 | Accept |
| UniMall Coffee Inc. | 5200 Gainsborough Dr. | Fairfax | VA | 22032 | Accept |
| J & M Patners, LLC | 15224 Majorca St. | Dallas | TX | 75248 | Accept |
| O & O, Inc. | 7750 Legere Court | McLean | VA | 22102 | Accept |
| Strong Coffee One, LLC | 804 Elizabeth Ct. | Collegeville | PA | 19426 | Accept |
| Hamad Mazhir & Mazamal Bibi | 612 Ashland Park Blvd | Rome | GA | 30161 | Accept |
| Independence Coffee Company | 82 Goodwin Parkway | Sewell | NJ | 08080 | Accept |
| Village Coffee, LLC | P.O. Box 1875 | McKinney | TX | 75070 | Accept |
| Green Sage Enterprises Corp. | 450 Coldspring Run | New Castle | DE | 19711 | Accept |
| Licacourus Beanery, Inc. | 1903 Dekalb Street | Norristown | PA | 19401 | Accept |
| Abington Coffee, LLC | 1903 Dekalb Street | Norristown | PA | 19401 | Accept |
| Akshar Coffee, LLC - Upenn | 1661 Brentwood Road | Bensalem | PA | 19020 | Reject |
| Akshar Coffee, LLC - 30th St Kiosk | 1661 Brentwood Road | Bensalem | PA | 19020 | Accept |
| Central Bucks Coffee House, LLC | P.O. Box 265 | Montgomeryville | PA | 18936 | Accept |
| Manayunk Coffee House, LLC | P.O. Box 265 | Montgomeryville | PA | 18936 | Accept |
| Haverford Coffee Company, LLC | 208 Old Lancaster Avenue | Devon | PA | 19333 | Accept |
| Rajpara Resources, Inc. | 4265 Kingsview Rd | Moorpark | CA | 93021 | Accept |
| Roberto Holdings, LLC | 2355 S. Whittmore St. | Furlong | PA | 18925 | Accept |
| GET Coffee, LLC | 1900 5th 3rd Center 511 Walnut St | Cincinnati | OH | 45202 | Accept |
| Saxbys1019, LLC | 201 W. Cypress Dr. | Henderson | NV | 89015 | Accept |

## Franchise Agreements - Rejected

| Company Name | Address | City | State | ZIP | A or R |
|---|---|---|---|---|---|
| Zum Ventures, Inc. | 1530 Main St. Unit A | Windsor | CO | 80550 | Reject |
| Cozona Bean 1, LLC | 2135 E 120th Avenue | Northglenn | CO | 80233 | Reject |
| Sigma Coffee, LLC | 14 Spring Hollow Rd | Wayne | PA | 19087 | Reject |
| A.M.S. International, Inc. | 84 Peachtree Street NW Suite 101 | Atlanta | GA | 30303 | Reject |
| Meshi, Inc. | 6542 W. Route 34 | Plano | IL | 60545 | Reject |
| Aromas Coffee Unlimited | P.O. Box #4 | Concord | CA | 94522 | Reject |
| Zum Ventures, Inc. | 1530 Main St. Unit A | Windsor | CO | 80550 | Reject |
| River City Coffee, LLC | 207 Berkshire Rd | Richmond | VA | 23221 | Reject |
| Saxbys Knoxville I, LLC | 4820 Old Kingston Pike Suite 100 | Knoxville | TN | 37919 | Reject |
| J & T Enterprises, LLC | 4000 Northpoint Pkwy Ste 8 | Alpharetta | GA | 30022 | Reject |
| Goodwill Investments, LLC | 472 Mount Court | North Aurora | IL | 60542 | Reject |
| F.T.F. Investments, LLC | 1121 Devon Downs Ave | Henderson | NV | 89015 | Reject |
| Guillen Enterprises, LLC | 1218 Breckingridge Drive | Fairfield (Solano Mall) | CA | 94533 | Reject |
| Kanch, LLC | 2 Yukon Ct. | Melville | NY | 11747 | Reject |
| Sanjonics, Inc. | 324 S Diamond Bar Blvd Suite 181 | Diamond Bar | CA | 91765 | Reject |
| Galveston County Gourmet Coffee Company, LLC | 1513 23rd Avenue N | Texas City | TX | 77590 | Reject |
| G & D Coffee Co., Inc. | 160 Christen Dr. | Pleasant Hill | CA | 94523 | Reject |
| Roboliev, LLC | 565 College Dr. Ste C-137 | Henderson | NV | 89015 | Reject |
| Shannon McEwen | 6497 Sandy Copper Court | Las Vegas | NV | 89131 | Reject |
| Aromas Coffee Unlimited | 1525 Newhall St. | San Francisco | CA | 94124 | Reject |
| E.V.P. Enterprises, LLC | 1370 Evergreen Dr. | Concord | CA | 94520 | Reject |
| Coffee Lake LLV, LLC | 185 W. Lake Mead Pkwy | Henderson | NV | 89015 | Reject |
| A.J. Linettes, LLC | 615 Picket Way | West Chester | PA | 19382 | Reject |
| O & O, Inc. | 7750 Legere Court | McLean | VA | 22102 | Reject |
| Giaks, LLC | 1129 Autumn Blossom Street | Henderson | NV | 89052 | Reject |
| Isaw, LLC | 1101 Meriden Ln. | Austin | TX | 78703 | Reject |
| Riki & Associates, LLC | 4512 Hargrave Ct. | Glen Allen | VA | 23060 | Reject |
| Riki & Associates, LLC | 4512 Hargrave Ct. | Glen Allen | VA | 23060 | Reject |
| M.N.J. Enterprises | 1124 Claeyo Ct. | Rodeo | CA | 94572 | Reject |
| Abington Coffee, LLC | 1903 DeKalb Street | Norristown | PA | 19401 | Reject |
| Akshar Coffee, LLC - 30th St Café | 1661 Brentwood Road | Bensalem | PA | 19020 | Reject |

| Name | Address | City | State | Zip | |
|---|---|---|---|---|---|
| Aroma Bean, Inc. | 2017 Stonycreek Rd. | Lansdale | PA | 19446 | Reject |
| Sempre Caffe, Inc. | 14 Victoria Circle | Collegeville | PA | 19426 | Reject |
| N & N Café, LLC | 8052 Fairview lane | Eagleville | PA | 19403 | Reject |
| Dan McGarrty | 101 Lawrence Dr | West Chester | PA | 19380 | Reject |
| Lightstar Enterprise, LLC | 1903 Dekalb Street | Norristown | PA | 19401 | Reject |
| Fins Up, LLC | 8709 Dodds Canyon Street | Las Vegas | NV | 89131 | Reject |
| Warning Shot, LLC | 732 S. Chatsworth | Mesa | AZ | 85208 | Reject |
| 2720 Central S.E., LLC | P. O. Box 36181 | Albuquerque | NM | 87176 | Reject |
| R.D.S. Development, Inc. | 3042 Oakcliff Rd. Suite 214 | Doraville | GA | 30340 | Reject |
| Freshly Brewed, LLC | 729 Kerr Street | Columbus | OH | 43215 | Reject |
| Saxbys Knoxville I, LLC | 4820 Old Kingston Pike Suite 100 | Knoxville | TN | 37919 | Reject |
| D & A Capi City Partners, LLC | 2701 Del Paso Road Suite 130-379 | Sacramento | CA | 95835 | Reject |
| D & A Cap City Partners, LLC | 2701 Del Paso Road Suite 130-379 | Sacramento | CA | 95835 | Reject |
| Tavizon Enterprises, LLC | P. O. Box 11098 | Napa | CA | 94581 | Reject |
| Guillen Enterprises, LLC | P. O. Box 11098 | Napa | CA | 94581 | Reject |
| Desert Hills Holdings | 6350 Sunnymeadow Lane | Chino Hills | CA | 91709 | Reject |
| Chavez Coffee Company, Inc. | 8277 Cavalier Ln. | Dublin | CA | 94568 | Reject |
| RicoRey Café, Inc. | 6253 Dougherty Rd. #6302 | Dublin | CA | 94568 | Reject |
| J.M.P. Fusion Coffee, LLC | 2301 Champlain St. NW #108 | Washington | DC | 20009 | Reject |
| Patrick Maluluan & Riza Pahati | 1250 Promenade St. | Hercules | CA | 94547 | Reject |
| Carvenet Investment Group Corp. | 19 Sandlwoord Drive Apt. 8 | Newark | DE | 19713 | Reject |
| M.I.G. & Associates, LLC | 9869 S. 90th Avenue | Palos Hills | Il | 60465 | Reject |
| Stacy Rustrum | 258 Rangewood Dr. | Pittsburg | CA | 94565 | Reject |
| C.J I.N.M., LLC | P.O. Box 45645 | Rio Rancho | NM | 87174 | Reject |
| Saxbys Hickory, LLC | P.O. Box 1150 | Claremont | NC | 28610 | Reject |
| Andohs Coffee LLC | 26003 Eden Landing Rd | Hayward | CA | 94545 | Reject |
| L&J&Sons LLC | 7860 West Lane | Stockton | CA | 95201 | Reject |
| Park Coffee LLC | 185 W. Lake Mead Pkwy | Henderson | NV | 89015 | Reject |
| Café Skoan LLC | 1328 2nd Street SW | Roanoke | VA | 24016 | Reject |

**SAXBYS COFFEE WORLDWIDE, LLC**

**FIFTH AMENDED PLAN**
**dated April 15, 2011**


**EXHIBIT 6**

**SCHEDULE OF**
**ACCEPTED & REJECTED**
**MULTI-LOCATION  AGREEMENTS**

## Multi-Unit Agreements - Rejected

| Company Name | Address | City | State | Zip | A or R |
|---|---|---|---|---|---|
| S.C. Coffee, LLC | 102 Brook Circle | Lansdale | PA | 19446 | Reject |
| Lightstar Enterprise, LLC | 1903 Dekalb Street | Norristown | PA | 19401 | Reject |
| O & O, Inc. | 7750 Legere Court | McLean | VA | 22102 | Reject |
| Roboley, LLC | 1223 San Gabriel Avenue | Henderson | NV | 89015 | Reject |
| Coastal Brew, Inc. | 525 Williamsburg Way | King Of Prussia | PA | 19406 | Reject |
| Baxter Beans | 3518 Capri Court | Philadelphia | PA | 19145 | Reject |
| Sunrise Capital, Inc. | 1411 S. Diamond Bar Blvd, Ste. A | Diamond Bar | CA | 91765 | Reject |
| P.D.S. Holdings, Inc. | 30997 Idlewild Lane | Evergreen | CO | 80430 | Reject |
| Lee Johnston | 2204 Brownstone Court | Champaign | IL | 61822 | Reject |

**SAXBYS COFFEE WORLDWIDE, LLC**

**FIFTH AMENDED PLAN**
**dated April 15, 2011**


**EXHIBIT 7**


**FEASIBILITY ANALYSIS**

**SAMBYS COFFEE WORLDWIDE, LLC**
**PROJECTED STATEMENT OF OPERATIONS, PRO FORMA FINANCIAL STATEMENTS**
**For the three year period Post Plan Confirmation**

| | June | July | August | September | October | November | December | January | February | March | April | May |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2011 | | | | | | | | |
| **Ordinary Income/Expense** | | | | | | | | | | | | |
| **Income** | | | | | | | | | | | | |
| 4005 · ROYALTY REVENUE | 62,469 | 63,471 | 66,405 | 69,383 | 73,168 | 68,856 | 72,878 | 68,298 | 67,554 | 85,149 | 83,778 | 77,519 |
| 4010 · FRANCHISE FEES | | 30,000 | | | | 30,000 | | | | 30,000 | | |
| Total Income | 62,469 | 93,471 | 66,405 | 69,383 | 73,168 | 98,856 | 72,878 | 68,298 | 67,554 | 115,149 | 83,778 | 77,519 |
| **Cost of Goods Sold** | | | | | | | | | | | | |
| 5010 · AREA DEVELOPER FEES | 10,932 | 11,107 | 11,621 | 12,142 | 12,804 | 12,050 | 12,754 | 11,747 | 11,619 | 14,646 | 14,410 | 13,333 |
| Total COGS | 10,932 | 11,107 | 11,621 | 12,142 | 12,804 | 12,050 | 12,754 | 11,747 | 11,619 | 14,646 | 14,410 | 13,333 |
| Gross Profit | 51,537 | 82,364 | 54,784 | 57,241 | 60,364 | 86,806 | 60,125 | 56,551 | 55,935 | 100,503 | 69,368 | 64,186 |
| **Expense** | | | | | | | | | | | | |
| 6010 · ADVERTISING AND MARKETING | 8,790 | 8,931 | 9,344 | 9,763 | 10,296 | 9,689 | 10,255 | 9,611 | 9,506 | 11,982 | 11,789 | 10,908 |
| 6110 · BANK AND CREDIT CARD FEES | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 |
| 6150 · INSURANCE EXPENSE | 825 | 825 | 825 | 825 | 825 | 825 | 825 | 825 | 825 | 825 | 825 | 825 |
| 6300 · OFFICE EXPENSE | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 |
| 6360 · BAD DEBT EXPENSE | 937 | 952 | 996 | 1,041 | 1,098 | 1,033 | 1,093 | 1,024 | 1,013 | 1,277 | 1,257 | 1,163 |
| 6400 · PROFESSIONAL FEES | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| 6500 · PERSONNEL EXPENSES | 14,154 | 14,154 | 14,154 | 14,154 | 14,154 | 14,154 | 14,154 | 14,154 | 14,154 | 14,154 | 14,154 | 14,154 |
| 6575 · EMPLOYER PAYROLL TAXES | 1,345 | 1,345 | 1,345 | 1,345 | 1,345 | 1,345 | 1,345 | 1,345 | 1,345 | 1,345 | 1,345 | 1,345 |
| 6580 · EMPLOYEE HEALTH BENEFITS | 2,689 | 2,689 | 2,689 | 2,689 | 2,689 | 2,689 | 2,689 | 2,689 | 2,689 | 2,689 | 2,689 | 2,689 |
| 6615 · RENT - OFFICE | 5,931 | 5,931 | 5,931 | 5,931 | 5,931 | 5,931 | 5,931 | 5,931 | 5,931 | 5,931 | 5,931 | 5,931 |
| 6630 · REPAIRS AND MAINTENANCE | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| 6650 · TELECOMMUNICATIONS EXPENSE | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 |
| 6720 · TRAVEL AND ENTERTAINMENT | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| 6720 · TAXES | | | | | | | | | | | 1,307 | |
| 6900 · FRANCHISE DEVELOPMENT | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 |
| Total Expense | 43,231 | 43,387 | 43,844 | 44,308 | 44,897 | 44,226 | 44,852 | 44,139 | 44,023 | 46,763 | 47,856 | 45,575 |
| Net Ordinary Income | 8,306 | 38,977 | 10,940 | 12,933 | 15,467 | 42,580 | 15,273 | 12,412 | 11,912 | 53,741 | 21,511 | 18,611 |
| **Other Expense** | | | | | | | | | | | | |
| 7500 · REORGANIZATION COSTS | | | | | | | | | | | | |
| 8015 · DEPRECIATION EXPENSE | 383 | 383 | 383 | 383 | 383 | 383 | 383 | 383 | 383 | 383 | 383 | 383 |
| 8050 · DEBT SERVICE - INTEREST EXPENSE | 4,723 | 4,210 | 4,195 | 4,180 | 4,457 | 4,483 | 4,489 | 4,474 | 4,458 | 4,443 | 4,427 | 4,328 |
| Total Other Expense | 5,106 | 4,593 | 4,578 | 4,563 | 4,840 | 4,866 | 4,872 | 4,857 | 4,841 | 4,826 | 4,810 | 4,711 |
| Net Other Income/Expense | (5,106) | (4,593) | (4,578) | (4,563) | (4,840) | (4,866) | (4,872) | (4,857) | (4,841) | (4,826) | (4,810) | (4,711) |
| **Net Income (loss)** | 3,200 | 34,383 | 6,362 | 8,370 | 10,627 | 37,714 | 10,401 | 7,555 | 7,071 | 48,915 | 16,701 | 13,900 |
| **Projected cash flows** | | | | | | | | | | | | |
| Beginning cash | 5,000 | 48,796 | 64,913 | 52,994 | 43,068 | 5,383 | 34,771 | 31,830 | 21,029 | 9,727 | 40,254 | 38,552 |
| Net income (loss) - from above | 3,200 | 34,383 | 6,362 | 8,370 | 10,627 | 37,714 | 10,401 | 7,555 | 7,071 | 48,915 | 16,701 | 13,900 |
| Depreciation and amortization | 383 | 383 | 383 | 383 | 383 | 383 | 383 | 383 | 383 | 383 | 383 | 383 |
| Member contributions ($250,000, no repayment through SCW) | 250,000 | | | | | | | | | | | |
| Post Plan Financing ($100,000 credit line, Bancorp) | | | | | 70,000 | 10,000 | 5,000 | | | | | (20,000) |
| Pre-petition - secured debt (Beneficial) | | | | | (100,000) | | | | | | | |
| Pre-petition - taxes - priority claims - escrow, IRS, Escrow, Admin | (4,183) | (4,183) | (4,183) | (4,183) | (4,183) | (4,183) | (4,183) | (4,183) | (4,183) | (4,183) | (4,183) | (4,183) |
| Pre-petition - taxes - priority claims - IRS (SCW claims) | (74) | (74) | (74) | (74) | (74) | (74) | (74) | (74) | (74) | (74) | (74) | (74) |
| Pre-petition - taxes - priority claims - PA | (1,716) | (1,716) | (1,716) | (1,716) | (1,716) | (1,716) | (1,716) | (1,716) | (1,716) | (1,716) | (1,716) | (1,716) |
| Pre-petition - taxes - priority claims - PA | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) |
| Pre-petition - administrative claims (Marketplace) | | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) |
| Pre-petition - administrative claims (PW) | (100,000) | | | | | | | | | | | |
| Pre-petition - administrative claims (RLC) | (82,751) | | | | | | | | | | | |
| Pre-petition - administrative claims (RLC) | | (1,100) | (1,100) | (1,100) | (1,100) | (1,100) | (1,100) | (1,100) | (1,100) | (1,100) | (1,100) | (1,100) |
| Principal repayments of pre-petition long-term financing (Bancorp) | (15,000) | | | | | | | | | | | |
| Unsecured creditors | (5,813) | (6,326) | (6,341) | (6,356) | (6,371) | (6,386) | (6,401) | (6,417) | (6,432) | (6,448) | (6,463) | (6,479) |
| Net cash flows | 43,796 | 16,117 | (11,919) | (9,926) | (37,684) | 29,388 | (2,941) | (10,801) | (11,302) | 30,527 | (1,702) | (24,519) |
| **Ending cash available** | 48,796 | 64,913 | 52,994 | 43,068 | 5,383 | 34,771 | 31,830 | 21,029 | 9,727 | 40,254 | 38,552 | 14,033 |

**SARBYS COFFEE WORLDWIDE, LLC**
PROJECTED STATEMENT OF OPERATIONS, PRO FORMA FINANCIAL STATEMENTS
For the three year period Post Plan Confirmation

| | 2012 | | | | | | | 2013 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | June | July | August | September | October | November | December | January | February | March | April | May | June | July |
| **Ordinary Income/Expense** | | | | | | | | | | | | | | |
| Income | | | | | | | | | | | | | | |
| 4005 · ROYALTY REVENUE | 78,408 | 79,666 | 80,897 | 84,525 | 89,136 | 83,882 | 88,516 | 82,953 | 82,049 | 92,812 | 91,318 | 82,212 | 83,216 | 84,551 |
| 4010 · FRANCHISE FEES | | 30,000 | | | | 30,000 | | | | 30,000 | | | 30,000 | |
| Total Income | 78,408 | 109,666 | 80,897 | 84,525 | 89,136 | 113,882 | 88,516 | 82,953 | 82,049 | 122,812 | 91,318 | 82,212 | 113,216 | 84,551 |
| Cost of Goods Sold | | | | | | | | | | | | | | |
| 5010 · AREA DEVELOPER FEES | 13,486 | 13,703 | 13,914 | 14,538 | 15,331 | 14,427 | 15,490 | 14,268 | 14,112 | 15,963 | 15,707 | 14,140 | 14,313 | 14,543 |
| Total COGS | 13,486 | 13,703 | 13,914 | 14,538 | 15,331 | 14,427 | 15,490 | 14,268 | 14,112 | 15,963 | 15,707 | 14,140 | 14,313 | 14,543 |
| Gross Profit | 64,922 | 95,963 | 66,983 | 69,987 | 73,805 | 99,455 | 73,026 | 68,685 | 67,937 | 106,849 | 75,611 | 68,072 | 98,903 | 70,008 |
| Expense | | | | | | | | | | | | | | |
| 6010 · ADVERTISING AND MARKETING | 11,033 | 11,210 | 11,383 | 11,894 | 12,543 | 11,803 | 12,455 | 11,673 | 11,546 | 13,060 | 12,850 | 11,568 | 11,710 | 11,898 |
| 6110 · BANK AND CREDIT CARD FEES | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 |
| 6150 · INSURANCE EXPENSE | 825 | 825 | 825 | 825 | 825 | 825 | 825 | 825 | 825 | 825 | 825 | 825 | 825 | 825 |
| 6300 · OFFICE EXPENSE | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 |
| 6360 · BAD DEBT EXPENSE | 1,176 | 1,195 | 1,213 | 1,268 | 1,337 | 1,258 | 1,328 | 1,244 | 1,231 | 1,392 | 1,370 | 1,233 | 1,248 | 1,268 |
| 6460 · DUE PROFESSIONAL FEES | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| 6500 · PERSONNEL EXPENSES | 14,154 | 14,154 | 14,154 | 14,154 | 14,154 | 14,154 | 14,154 | 14,154 | 14,154 | 14,154 | 14,154 | 14,154 | 14,154 | 14,154 |
| 6575 · EMPLOYER PAYROLL TAXES | 1,345 | 1,345 | 1,345 | 1,345 | 1,345 | 1,345 | 1,345 | 1,345 | 1,345 | 1,345 | 1,345 | 1,345 | 1,345 | 1,345 |
| 6580 · EMPLOYEE HEALTH BENEFITS | 2,689 | 2,689 | 2,689 | 2,689 | 2,689 | 2,689 | 2,689 | 2,689 | 2,689 | 2,689 | 2,689 | 2,689 | 2,689 | 2,689 |
| 6615 · RENT - OFFICE | 5,931 | 5,931 | 5,931 | 5,931 | 5,931 | 5,931 | 5,931 | 5,931 | 5,931 | 5,931 | 5,931 | 5,931 | 5,931 | 5,931 |
| 6630 · REPAIRS AND MAINTENANCE | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| 6650 · TELECOMMUNICATIONS EXPENSE | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 |
| 6720 · TRAVEL AND ENTERTAINMENT | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| 6720 · TAXES | | | | | | | | | | | 1,536 | | | |
| 6900 · FRANCHISE DEVELOPMENT | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 |
| Total Expense | 45,713 | 45,909 | 46,101 | 46,666 | 47,384 | 46,566 | 47,287 | 46,421 | 46,280 | 47,956 | 49,260 | 46,306 | 46,462 | 46,670 |
| Net Ordinary Income | 19,209 | 50,054 | 20,882 | 23,321 | 26,421 | 52,889 | 25,739 | 22,264 | 21,657 | 58,893 | 26,351 | 21,766 | 52,441 | 23,338 |
| Other Expense | | | | | | | | | | | | | | |
| 7900 · REORGANIZATION COSTS | | | | | | | | | | | | | | |
| 8015 · DEPRECIATION EXPENSE | 383 | 383 | 383 | 383 | 383 | 383 | 383 | 383 | 383 | 383 | 383 | 383 | 383 | 383 |
| 8050 · DEBT SERVICE - INTEREST EXPENSE | 4,313 | 4,297 | 4,281 | 4,140 | 4,124 | 4,108 | 4,091 | 4,515 | 4,500 | 4,318 | 4,302 | 4,287 | 4,458 | 4,443 |
| Total Other Income/Expense | 4,696 | 4,680 | 4,664 | 4,523 | 4,507 | 4,491 | 4,474 | 4,898 | 4,883 | 4,701 | 4,685 | 4,670 | 4,841 | 4,826 |
| **Net Income/(loss)** | 14,514 | 45,375 | 16,218 | 18,798 | 21,914 | 48,398 | 21,264 | 17,366 | 16,774 | 54,192 | 21,666 | 17,097 | 47,600 | 18,513 |
| **Projected Cash Flows** | | | | | | | | | | | | | | |
| Beginning cash | 14,033 | 10,112 | 37,037 | 34,789 | 5,105 | 8,520 | 38,404 | 43,168 | 5,510 | 8,006 | 8,243 | 15,940 | 19,051 | (2,351) |
| Net income (loss) - from above | 14,514 | 45,375 | 16,218 | 18,798 | 21,914 | 48,398 | 21,264 | 17,366 | 16,774 | 54,192 | 21,666 | 17,097 | 47,600 | 18,513 |
| Depreciation and amortization | 383 | 383 | 383 | 383 | 383 | 383 | 383 | 383 | 383 | 383 | 383 | 383 | 383 | 383 |
| Member contributions ($250,000, no repayment through SCW) | | | | (30,000) | | | | | | | | | | |
| Post Plan Financing ($100,000 credit line, Bancorp) | | | | | | | | 60,000 | | (40,000) | | | 45,000 | |
| Pre-petition - secured debt (beneficial) | (4,183) | (4,183) | (4,183) | (4,183) | (4,183) | (4,183) | (4,183) | (4,183) | (4,183) | (4,183) | (4,183) | (4,183) | (4,183) | (4,183) |
| Pre-petition - taxes - priority claims - escrow, IRS, Escrow, Admin | (74) | (74) | (74) | (74) | (74) | (74) | (74) | (74) | (74) | (74) | (74) | (74) | (74) | (74) |
| Pre-petition - taxes - priority claims - IRS (SCW claims) | (1,716) | (1,716) | (1,716) | (1,716) | (1,716) | (1,716) | (1,716) | (1,716) | (1,716) | (1,716) | (1,716) | (1,716) | (1,716) | (1,716) |
| Pre-petition - taxes - priority claims - PA | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) |
| Pre-petition - taxes - priority claims - PA | | | | | | | | | | | | | | |
| Pre-petition - administrative claims (PW) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) |
| Pre-petition - administrative claims (Marketplace) | | | | | | | | | | | | | | |
| Pre-petition - administrative claims (BLC) | (1,100) | (1,100) | (1,100) | (1,100) | (1,100) | (1,100) | (1,100) | (1,100) | | | | | | |
| Principal repayments of pre-petition long term financing (Bancorp) | | | | | | | | (103,083) | (339) | | | | (103,161) | |
| Unsecured creditors | (6,495) | (6,510) | (6,526) | (6,542) | (6,558) | (6,574) | (4,561) | | (3,099) | (3,114) | (3,130) | (3,146) | | (3,177) |
| Net cash flows | (3,921) | 26,924 | (2,248) | (29,684) | 3,416 | 29,884 | 4,763 | (37,658) | 2,496 | 237 | 7,696 | 3,111 | (21,401) | 4,496 |
| **Ending cash available** | 10,112 | 37,037 | 34,789 | 5,105 | 8,520 | 38,404 | 43,168 | 5,510 | 8,006 | 8,243 | 15,940 | 19,051 | (2,351) | 2,145 |

**SAXBYS COFFEE WORLDWIDE, LLC**
**PROJECTED STATEMENT OF OPERATIONS, PRO FORMA FINANCIAL STATEMENTS**
**For the three year period Post Plan Confirmation**

| | August | September | October | November | December | January | February | 2014 March | April | May | 3 YEAR TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | | | | |
| **Income** | | | | | | | | | | | |
| 4005 · ROYALTY REVENUE | 85,858 | 89,708 | 94,602 | 89,026 | 91,535 | 85,782 | 84,847 | 103,976 | 102,301 | 92,101 | 2,962,806 |
| 4010 · FRANCHISE FEES | | 30,000 | 30,000 | | | | 30,000 | | | | 300,000 |
| **Total Income** | 85,858 | 119,708 | 124,602 | 89,026 | 91,535 | 85,782 | 114,847 | 103,976 | 102,301 | 92,101 | 3,262,806 |
| **Cost of Goods Sold** | | | | | | | | | | | |
| 5010 · AREA DEVELOPER FEES | 14,768 | 15,430 | 16,271 | 15,312 | 15,744 | 14,754 | 14,594 | 17,884 | 17,596 | 15,841 | 511,298 |
| **Total COGS** | 14,768 | 15,430 | 16,271 | 15,312 | 15,744 | 14,754 | 14,594 | 17,884 | 17,596 | 15,841 | 511,298 |
| **Gross Profit** | 71,090 | 104,278 | 108,330 | 73,713 | 75,791 | 71,027 | 100,254 | 86,092 | 84,705 | 76,259 | 2,751,508 |
| **Expense** | | | | | | | | | | | |
| 6010 · ADVERTISING AND MARKETING | 12,081 | 12,623 | 13,312 | 12,527 | 12,880 | 12,071 | 11,939 | 14,631 | 14,495 | 12,960 | 416,909 |
| 6110 · BANK AND CREDIT CARD FEES | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 2,160 |
| 6150 · INSURANCE EXPENSE | 825 | 825 | 825 | 825 | 825 | 825 | 825 | 825 | 825 | 825 | 29,700 |
| 6300 · OFFICE EXPENSE | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 14,400 |
| 6360 · BAD DEBT EXPENSE | 1,288 | 1,346 | 1,419 | 1,335 | 1,373 | 1,287 | 1,273 | 1,560 | 1,535 | 1,382 | 44,442 |
| 6400 · PROFESSIONAL FEES | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 144,000 |
| 6500 · PERSONNEL EXPENSES | 14,154 | 14,154 | 14,154 | 14,154 | 14,154 | 14,154 | 14,154 | 14,154 | 14,154 | 14,154 | 509,544 |
| 6575 · EMPLOYER PAYROLL TAXES | 1,345 | 1,345 | 1,345 | 1,345 | 1,345 | 1,345 | 1,345 | 1,345 | 1,345 | 1,345 | 48,407 |
| 6580 · EMPLOYEE HEALTH BENEFITS | 2,689 | 2,689 | 2,689 | 2,689 | 2,689 | 2,689 | 2,689 | 2,689 | 2,689 | 2,689 | 96,813 |
| 6615 · RENT - OFFICE | 5,931 | 5,931 | 5,931 | 5,931 | 5,931 | 5,931 | 5,931 | 5,931 | 5,931 | 5,931 | 213,516 |
| 6630 · REPAIRS AND MAINTENANCE | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 3,600 |
| 6650 · TELECOMMUNICATIONS EXPENSE | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 45,000 |
| 6720 · TRAVEL AND ENTERTAINMENT | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 72,000 |
| 6720 · TAXES | | | | | | | | | 1,573 | | 4,516 |
| 6900 · FRANCHISE DEVELOPMENT | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 27,000 |
| **Total Expense** | 46,873 | 47,473 | 48,235 | 47,366 | 47,757 | 46,861 | 46,716 | 49,694 | 51,107 | 47,845 | 1,672,008 |
| **Net Ordinary Income** | 24,217 | 56,805 | 60,095 | 26,347 | 28,034 | 24,166 | 53,538 | 36,397 | 33,599 | 28,414 | 1,079,500 |
| **Other Expense** | | | | | | | | | | | |
| 7500 · REORGANIZATION COSTS | | | | | | | | | | | |
| 8015 · DEPRECIATION COSTS | 383 | 383 | 383 | 383 | 383 | 383 | 383 | 383 | 383 | 383 | 13,788 |
| 8050 · DEBT SERVICE - INTEREST EXPENSE | 4,427 | 4,411 | 4,395 | 4,379 | 4,362 | 417 | 417 | 104 | 21 | | 135,976 |
| **Total Other Income/Expense** | 4,810 | 4,794 | 4,778 | 4,762 | 4,745 | 800 | 800 | 487 | 404 | 383 | 149,764 |
| **Net Other Income/Expense** | (4,810) | (4,794) | (4,778) | (4,762) | (4,745) | (800) | (800) | (487) | (404) | (383) | (149,764) |
| **Net Income (Loss)** | 19,407 | 52,012 | 55,318 | 21,585 | 23,288 | 23,366 | 52,738 | 35,910 | 33,195 | 28,031 | 929,737 |
| **Projected Cash Flows** | | | | | | | | | | | |
| Beginning cash | 2,145 | 7,519 | 45,482 | 86,735 | 94,239 | 103,430 | 12,683 | 51,291 | 1,208 | 5,240 | 5,000 |
| Net income (loss) - from above | 19,407 | 52,012 | 55,318 | 21,585 | 23,288 | 23,366 | 52,738 | 35,910 | 33,195 | 28,031 | 929,737 |
| Depreciation and amortization | 383 | 383 | 383 | 383 | 383 | 383 | 383 | 383 | 383 | 383 | 13,788 |
| Member contributions ($250,000, no repayment through SCW) | | | | | | | | | | | 250,000 |
| Post Plan Financing ($100,000 credit line, Bancorp) | | | | | | | | | | | (100,000) |
| Pre-petition - secured debt (beneficial) | (4,183) | (4,183) | (4,183) | (4,183) | (4,183) | (4,183) | (4,183) | (4,183) | (4,183) | (4,183) | (150,595) |
| Pre-petition - taxes - priority claims - escrow, IRS, Escrow, Admin | (74) | (74) | (74) | (74) | (74) | (74) | (74) | (74) | (74) | (74) | (2,656) |
| Pre-petition - taxes - priority claims - IRS (SCW claims) | (1,716) | (1,716) | (1,716) | (1,716) | (1,716) | (1,716) | (1,716) | (1,716) | (1,716) | (1,716) | (61,777) |
| Pre-petition - taxes - priority claims - PA | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (9,001) |
| Pre-petition - taxes - priority claims - RA | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (264,848) |
| Pre-petition - administrative claims (PW) | | | | | | | | (1,848) | | | (82,751) |
| Pre-petition - administrative claims (Marketplace) | | | | | | | | | | | (46,239) |
| Pre-petition - administrative claims (RLC) | | | | | | | | | | | (354,565) |
| Principal repayments of pre-petition long-term financing (Bancorp) | (3,193) | (3,209) | (3,225) | (3,241) | (3,257) | (103,273) | (3,290) | (3,306) | (3,322) | (3,338) | (120,000) |
| Unsecured creditors | | | | | | | | | | | |
| Net cash flows | 5,374 | 37,963 | 41,253 | 7,504 | 9,191 | (90,747) | 38,608 | (50,084) | 4,033 | 13,853 | 14,093 |
| **Ending cash available** | 7,519 | 45,482 | 86,735 | 94,239 | 103,430 | 12,683 | 51,291 | 1,208 | 5,240 | 19,093 | 19,093 |