UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  SAXBY'S COFFEE WORLDWIDE, LLC    :    Chapter 11
                                         :
              Debtor(s)                  :    Bky. No.  09-15898 ELF

# O R D E R   C O N F I R M I N G   P L A N

**AND NOW,** the **Fifth Amended Plan of Reorganization** under chapter 11 of the Bankruptcy Code ("the Plan") having been filed by the Debtor on **April 15, 2011**,

**AND**, it having been determined, after hearing on notice, that the requirements for confirmation set forth in 11 U.S.C. §1129(b) have been satisfied,

It is **ORDERED** that the Plan is **CONFIRMED**.

Date: May 4, 2011

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE